**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01425-CV

**ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellants**

**V.**

**UNIFIED HOUSING FOUNDATION INC., ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

Before the Court is appellants' June 2, 2014 "objection to May 22nd 2014 order denying turnover of res, and to sever appeals." We construe the objection as a motion for reconsideration of our May 22nd order and **DENY** the motion.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE